AO 245D (SCDC Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of South Carolina

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| | ) | |
| Randy E. Self | ) | Case No.    3:95-315-001 |
| | ) | USM No.    91575-071 |
| | ) | Mark McLawhorn |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ does not contest violation of condition(s)   1   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | New Criminal Conduct | 1/16/2024 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   5923

Defendant's Year of Birth:   1956

City and State of Defendant's Residence:
West Columbia, SC

January 16, 2024
Date of Imposition of Judgment

_Signature of Judge_

Joseph F. Anderson, Jr., United States District Judge
Name and Title of Judge

1/16/2024
Date

AO 245D (SCDC Rev. 09/19) Judgment in a Criminal Case for Revocations
       Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: Randy E. Self
CASE NUMBER: 3:95-315-001

## IMPRISONMENT

The defendant's term of supervised release is hereby REVOKED and the defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of <u>Twenty-four (24) months,</u> said term to run consecutive to the custodial sentence ordered in the Lexington County Court of General Sessions (Docket Number 21-GS-32-02655). Upon completion of the sentence imposed, there shall be no supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL