# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 3:95-315 |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| RANDY E. SELF, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Notice is hereby given that Randy E. Self, the defendant named above, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment in a Criminal Case entered in this action by Joseph F. Anderson, Jr., Senior United States District Judge, on the 16th day of January, 2024.

Respectfully submitted,

s/Mark C. McLawhorn
Assistant Federal Public Defender
Federal Public Defender's Office
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
(803) 765-5087
Attorney ID No. 11948
mark_mclawhorn@fd.org

Columbia, South Carolina

January 22, 2024